# KAGEN & CASPERSEN & BOGART PLLC
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

757 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

June 23, 2022

**ENDORSED ORDER**

By ECF Filing
Hon. David S. Jones
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Request Approved.

Dated: 7/6/22      s/ *DSJ*, USBJ

Re: *Drivetrain, LLC v. EverStream Solar Infrastructure Fund I LP, et al*; (Adv. Pro. No 19-01120 (DSJ))

Hon. David S. Jones:

I am counsel for Plaintiff in the above-referenced action and write to request permission to file a corrected copy of Drivetrain's Reply Memorandum of Law in Support of Motion for Rearguement, filed on June 21, 2022. (Doc. No. 65). The corrected copy fixes the following typographical errors: (1) six citations to "§19.2" of the Partnership Agreement are corrected to cite to "§19.12"; and (2) two citations to "§15.1" are corrected to cite to "§19.12". These corrections are reflected in the attached redlined draft, which is marked to show changes to the filed version of the memorandum.

Respectfully,

Joel Taylor

cc. Joshua W. Cohen, Esq. (by ECF filing)

1